**Ralph FELTROP, Plaintiff–Appellant,**

v.

**William JOHNSON, et al., Defendants–Respondents.**

No. 63468.

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 14, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 10, 1993.

Ralph Feltrop, acting pro se.

Phillip Tatlow, St. Louis, for defendants-respondents.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

ORDER

## PER CURIAM.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would not have precedential value. Judgment affirmed in accordance with Rule 84.-16(b).